# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case Nos. 5D2024-3105
5D2024-3106
LT Case Nos. 27-2023-CF-418-A
27-2024-CF-362-A

———————————————

BRIAN T. FLANNERY,

  Appellant,

  v.

STATE OF FLORIDA,

  Appellee.

———————————————

On appeal from the Circuit Court for Hernando County.
Daniel Burrell Merritt, Jr., Judge.

Nicholas G. Matassini, of The Matassini Law Firm, P.A., Tampa, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Kurt T. Koehler, Assistant Attorney General, Daytona Beach, for Appellee.

December 4, 2025

PER CURIAM.

  AFFIRMED.

HARRIS and SOUD, JJ., and BLOCKER, L.P., Associate Judge, concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____